# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ho, James C. | U.S. Court of Appeals for the Fifth Circuit | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1100 Commerce Street
Suite 1264
Dallas, TX 75242-1310

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/2011 | Gibson Dunn Cash Balance Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Gibson Dunn and Crutcher, LLP - Partnership Income |
| 2. 2019 | Alliance Defending Freedom, Academy - Honorarium |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society, University of California, Berkeley, School of Law | 02/07/2019 | Berkeley, CA | Speaker | Travel Expenses |
| 2. | Stanford Law School | 02/08/2019 | Stanford, CA | Moot Court | Travel Expenses |
| 3. | BYU Law School | 02/15/2019 | Provo, UT | Moot Court | Travel Expenses |
| 4. | Federalist Society, Midwest Symposium | 02/23/2019 | Chicago, IL | Moderator | Travel Expenses |
| 5. | Duke Law School | 02/25/2019 | Durham, NC | Moot Court | Travel Expenses |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ho, James C. | 08/13/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federalist Society, San Francisco Lawyer Chapter | 03/12/2019 | San Franscisco, CA | Speaker | Travel Expenses |
| 7. | Federalist Society, University of Pennsylvania Law School | 04/10/2019 | Philadelphia, PA | Speaker | Travel Expenses |
| 8. | Houston Bar Association, Appellate Section | 04/18/2019 | Houston, TX | Speaker | Travel Expenses |
| 9. | State Bar of Texas, Asian Pacific Interest Section | 4/26/2019 | Austin, TX | Speaker | Travel Expenses |
| 10. | U.S. Department of Justice, National Advocacy Center | 06/07/2019 | Columbia, SC | Speaker | Travel Expenses |
| 11. | Federalist Society, Little Rock Lawyers Chapter | 06/26/2019 | Little Rock, AK | Speaker | Travel Expenses |
| 12. | Federalist Society, Mississippi Coast Lawyers Chapter | 07/25/2019 | Gulfport, MS | Speaker | Travel Expenses |
| 13. | Federalist Society, Texas Chapters Conference | 09/14/2019 | Austin, TX | Speaker | Travel Expenses |
| 14. | Federalist Society, Columbia Law School | 09/17/2019 | New York, NY | Speaker | Travel Expenses |
| 15. | Federalist Society, Harvard Law School | 09/18/2019 | Cambridge, MA | Speaker | Travel Expenses |
| 16. | Federalist Society, National Lawyers Convention | 11/15/2019 | Washington, DC | Speaker | Travel Expenses |
| 17. | Federalist Society, Amarillo Lawyers Chapter | 11/19/2019 | Amarillo, TX | Speaker | Travel Expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CitiBank Cash Checking Account | A | Interest | K | T | | | | | |
| 2. CitiBank Cash Savings Account | B | Interest | M | T | | | | | |
| 3. Wells Fargo Cash Savings Account | A | Interest | J | T | | | | | |
| 4. IRA #1 | | | | | | | | | |
| 5. Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 6. DFA Global Real Estate | D | Dividend | L | T | | | | | |
| 7. DFA Int'l Small Company | A | Dividend | | | Sold | 07/05/19 | L | A | |
| 8. Schwab US REIT ETF | B | Dividend | L | T | Buy<br>(add'l) | 07/05/19 | L | | |
| 9. DFA Int'l Core Equity | D | Dividend | M | T | Sold<br>(part) | 03/05/19 | K | A | |
| 10. Schwab Fndmntl Emerging Markets Index | A | Dividend | | | Sold | 10/23/19 | K | A | |
| 11. DFA US Core Equity 2 | D | Dividend | N | T | Buy<br>(add'l) | 03/05/19 | L | | |
| 12. | | | | | Sold<br>(part) | 07/05/19 | K | A | |
| 13. DFA Micro Cap | C | Dividend | L | T | | | | | |
| 14. DFA Emerging Mkts Core | A | Dividend | K | T | Buy | 12/05/19 | K | | |
| 15. DFA US Targeted Value | A | Dividend | K | T | Buy | 07/05/19 | K | | |
| 16. Schwab Total Stock Market | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 17. IRA #2 | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 19.  DFA US Core Equity 2 | B | Dividend | K | T | | | | | |
| 20.  DFA US Micro Cap | A | Dividend | K | T | | | | | |
| 21.  DFA Int'l Small Cap Value | B | Dividend | K | T | | | | | |
| 22.  Schwab US REIT ETF | A | Dividend | J | T | Buy | 03/06/19 | J | | |
| 23.  Base Rate Fund QP LP | A | Dividend | M | T | Buy | 01/29/19 | M | | |
| 24.  Schwab Total Stock Market | A | Dividend | J | T | Buy | 04/24/19 | J | | |
| 25.  IRA #3 (A) (H) | | | | | | | | | |
| 26.  Schwab Gov't Money Fund | A | Int./Div. | J | T | | | | | |
| 27.  DFA US Small Cap Value | A | Dividend | | | Sold<br>(part) | 03/04/19 | K | A | |
| 28. | | | | | Sold | 12/04/19 | K | A | |
| 29.  DFA US Targeted Value | D | Dividend | M | T | Sold<br>(part) | 03/04/19 | K | A | |
| 30. | | | | | Buy | 07/03/19 | M | | |
| 31. | | | | | Buy<br>(add'l) | 07/23/19 | K | | |
| 32.  DFA US Micro Cap | B | Dividend | K | T | Buy | 07/03/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 07/23/19 | K | | |
| 34.  DFA US Core Equity 2 | C | Dividend | M | T | Buy | 07/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 07/23/19 | L | | |
| 36. Vanguard HY Corp | B | Dividend | M | T | Buy | 07/23/19 | L | | |
| 37. | | | | | Buy<br>(add'l) | 10/24/19 | L | | |
| 38. Schwab US REIT ETF | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 39. DFA Emerging Mkts Core Equity | A | Dividend | K | T | Buy | 12/04/19 | K | | |
| 40. DFA Global Real Estate | B | Dividend | K | T | Buy | 07/23/19 | K | | |
| 41. DFA Intl Core Equity | A | Dividend | L | T | Buy | 07/23/19 | L | | |
| 42. DFA Intl Small Cap Value | A | Dividend | K | T | Buy | 07/23/19 | K | | |
| 43. Dodge & Cox Intl Stock | B | Dividend | L | T | Buy | 07/23/19 | L | | |
| 44. Schwab Total Stock Mkt | C | Dividend | M | T | Buy | 07/23/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 10/22/19 | M | | |
| 46. DFA US Small Cap | A | Dividend | | | Buy | 03/04/19 | M | | |
| 47. | | | | | Sold | 07/03/19 | M | A | |
| 48. DFA US Large Cap Value | B | Dividend | | | Sold<br>(part) | 03/04/19 | K | A | |
| 49. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 50. | | | | | Sold | 10/22/19 | M | A | |
| 51. DFA Gbl Allocation 25/75 | A | Dividend | | | Sold<br>(part) | 07/23/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/22/19 | L | A | |
| 53. Schwab Fundamental Emrg Mkts | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 54. IRA #4 (A) (H) | | | | | | | | | |
| 55. DFA Gbl Real Estate | A | Dividend | K | T | Buy | 12/17/19 | K | | |
| 56. DFA US Core Equity 2 | C | Dividend | L | T | Buy (add'l) | 04/30/19 | J | | |
| 57. DFA US Micro Cap | C | Dividend | L | T | | | | | |
| 58. DFA US Targeted Value | D | Dividend | M | T | Buy (add'l) | 12/04/19 | L | | |
| 59. Schwab Intl Small Co Index | A | Dividend | J | T | | | | | |
| 60. Schwab Total Stock Market | A | Dividend | J | T | Buy | 12/04/19 | L | | |
| 61. DFA US Small Cap Value | A | Distribution | | | Sold | 12/04/19 | L | A | |
| 62. 401k #1 | | | | | | | | | |
| 63. Vanguard Target Retirement 2035 | | None | K | T | Buy | 10/15/19 | J | | |
| 64. 529 #1 | | | | | | | | | |
| 65. American Funds Capital Income Builder | C | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 66. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 67. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 68. | | | | | Buy (add'l) | 04/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 77. American Funds Capital World Growth & Income | B | Dividend | L | T | Buy<br>(add'l) | 01/05/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 85. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 10/05/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 89.   American Funds Small Cap World | A | Dividend | J | T | Buy<br>(add'l) | 01/05/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 93. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 10/05/19 | J | | |
| 99. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 100. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 101.   American Funds New World | A | Dividend | J | T | Buy<br>(add'l) | 01/05/19 | J | | |
| 102. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 10/05/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 113. American Funds Bond Fund of America | B | Dividend | K | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 117. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 121. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 122. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 123. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 124. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 125. American Funds Capital World Bond | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 126. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 127. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 128. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 129. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 130. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 131. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 132. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 133. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 134. | | | | | Buy (add'l) | 10/05/19 | J | | |
| 135. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 136. | | | | | Buy (add'l) | 12/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  529 #2 | | | | | | | | | |
| 138.  American Funds US Gov't Securities | A | Dividend | J | T | | | | | |
| 139.  American Funds Capital Income Builder | C | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 140. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 141. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 142. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 143. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 144. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 145. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 146. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 147. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 148. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 149. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 150. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 151.  American Funds Capital World Growth & Income | B | Dividend | L | T | Buy (add'l) | 01/05/19 | J | | |
| 152. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 153. | | | | | Buy (add'l) | 03/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 155. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 156. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 157. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 158. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 159. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 160. | | | | | Buy (add'l) | 10/05/19 | J | | |
| 161. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 162. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 163.   American Funds Small Cap World | A | Dividend | J | T | Buy (add'l) | 01/05/19 | J | | |
| 164. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 165. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 166. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 167. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 168. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 169. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 170. | | | | | Buy (add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 10/05/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 174. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 175.  American Funds New World | A | Dividend | J | T | Buy<br>(add'l) | 01/05/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 179. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 182. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 10/05/19 | J | | |
| 185. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 186. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 187.  American Funds Bond Fund of America | B | Dividend | K | T | Buy<br>(add'l) | 01/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 189. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 190. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 191. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 192. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 193. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 194. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 195. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 196. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 197. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 198. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 199. American Funds Capital World Bond | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 200. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 201. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 202. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 203. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 204. | | | | | Buy (add'l) | 06/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 206. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 207. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 208. | | | | | Buy<br>(add'l) | 10/05/19 | J | | |
| 209. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 210. | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 211. Brokerage Account #1 | | | | | | | | | |
| 212. Schwab Muni Money Fund | A | Interest | K | T | | | | | |
| 213. DFA Emerging Markets Small | C | Dividend | M | T | Buy<br>(add'l) | 03/04/19 | K | | |
| 214. | | | | | Buy<br>(add'l) | 08/27/19 | K | | |
| 215. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 216. DFA Int'l Small Value | B | Dividend | L | T | Buy | 03/04/19 | L | | |
| 217. DFA US Micro Cap | B | Dividend | K | T | Sold<br>(part) | 03/04/19 | L | A | |
| 218. DFA US Core Equity 2 | D | Dividend | N | T | Buy<br>(add'l) | 03/04/19 | M | | |
| 219. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 220. DFA Int'l Core Equity | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 221. Dodge & Cox International | D | Dividend | M | T | Buy<br>(add'l) | 07/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 223. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 224. DFA Emerging Markets Core | B | Dividend | L | T | | | | | |
| 225. Thornburg Intermediate Muni | A | Dividend | | | Sold | 10/22/19 | K | B | |
| 226. Schwab Total Stock Market | B | Dividend | L | T | Sold (part) | 03/04/19 | J | B | |
| 227. | | | | | Sold (part) | 03/06/19 | J | A | |
| 228. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 229. | | | | | Sold (part) | 12/04/19 | J | A | |
| 230. | | | | | Sold (part) | 12/04/19 | J | A | |
| 231. DFA Global Real Estate | | None | | | Sold | 07/23/19 | K | C | |
| 232. DFA US Large Cap Value | | None | | | Sold | 03/04/19 | L | D | |
| 233. DFA US Targeted Value | A | Dividend | K | T | Sold (part) | 03/04/19 | L | E | |
| 234. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 235. DFA Intl Small Company | A | Dividend | | | Sold (part) | 03/04/19 | K | A | |
| 236. | | | | | Sold | 07/03/19 | K | A | |
| 237. American Funds New World | | None | | | Buy | 03/04/19 | L | | |
| 238. | | | | | Sold | 08/27/19 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. DFA Emerging Mkts Core | | None | | | Sold | 03/04/19 | K | B | |
| 240. MetLife Group Variable Universal Life Insurance; Cash Value | | None | N | T | | | | | |
| 241. Fidelity Variable Insurance Freedom 2040 Portfolio | A | Dividend | M | T | | | | | |
| 242. Trust #1 (H) | | | | | | | | | |
| 243. Schwab Gov't Money Fund | A | Dividend | J | T | | | | | |
| 244. Alternative Investments #1 | | | | | | | | | |
| 245. Goldcrest Capital, LP | | None | M | T | | | | | |
| 246. CSOP Palantir III, LP (f/k/a Goldcrest Palantir III, LP) | | None | L | T | | | | | |
| 247. Goldcrest Capital Fund II-B, LP | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ho, James C. | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ James C. Ho**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544